IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-89m |
| Jennifer Victoria Martin, | : | |
| Defendants. | : | |

CR05-65

**MOTION AND ORDER TO SEAL**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to seal the Criminal Complaint, Affidavit in Support, this Motion and Order to Seal, and related file until further order of the Court.

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: June 13, 2005

IT IS SO ORDERED this __13__ day of June, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
JUN 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE