IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05- 89M |
| VICTORIA JACKSON, | ) | CR05-65 |
| Defendant. | ) | |

**MOTION FOR DETENTION HEARING**

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.   This case is eligible for a detention order because case involves (**check all that apply**):

    _____    Crime of violence (18 U.S.C. § 3156)

    _____    Maximum sentence life imprisonment or death

    \_\_\_\_\_    10+ year drug offense

    _____    Felony, with two prior convictions in above categories

    \_\_X\_\_\_    Serious risk defendant will flee

    _____    Serious risk obstruction of justice



FILED
JUN 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __x___   Defendant's appearance as required

   _____   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, **will not**) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense. 18 U.S.C. §924(c)

   _____   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   _____   At first appearance

   __x___   After continuance of __3___ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

      \_\_\_\_ (a) on release pending trial for a felony;

      \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      \_\_\_\_ (c) on probation or parole for an offense.

2. _____ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. _____ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

    _____
    _____
    _____

DATED this \_\_\_13th\_\_\_ day of June, 2005.

          COLM F. CONNOLLY
          United States Attorney

BY: _/s/ Shannon Thee Hanson_____
    Shannon Thee Hanson
    Assistant U. S. Attorney